# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

| United States of America | ) | **AMENDED JUDGMENT** |
|---|---|---|
| v. | ) | |
| DERRICK JOMELL PERRY | ) | Case No: 5:06-CR-82-1FL |
| | ) | USM No: 50270-056 |

Date of Original Judgment: July 20, 2007 )
Date of Previous Amended Judgment: April 14, 2010 )        Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)*                           Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 110          months **is reduced to** 72

At sentencing on July 20, 2007; August 7, 2009; and April 14, 2010, the court imposed a sentence that was two months greater than the minimum of the guideline range in Count 2. A comparable sentence from the reduce guideline range reflected below results in a sentence of 72 months in Count 2. The sentences in Count 5 (60 months, concurrent) and Count 6 (60 months, consecutive) remain unchanged, producing a total sentence of 132 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 20, 2007; August 7, 2009; and April 14, 2010, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8/5/2013

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, United States District Judge
*Printed name and title*

EDNC 7/26/2012