# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 5:06-CR-82-1FL

**DERRICK JOMELL PERRY**

On October 16, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: July 26, 2019 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __29th__ day of __July__, 2019.

Louise W. Flanagan
U.S. District Judge